Todd P. Emanuel (SBN 169301)
Emanuel Law Group
411 Borel Avenue, Suite 425
San Mateo, California 94402
Telephone: (650) 369-8900
Facsimile: (650) 369-8999

Michael A. Farbstein (107030)
Farbstein & Blackman, A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402
Telephone: (650) 554-6200
Facsimile: (650) 554-6240

Attorneys for LISA NOVAK and PATRICK NOVAK

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA NOVAK and PATRICK NOVAK, as the heirs and representatives of the decedent, Michael Robert Novak,<br><br>Plaintiffs,<br>v.<br><br>CITY OF MADERA, a municipal entity of the State of California, KAYLA CLARK, DORIAN LASSO, ROBERT MAHONEY, and ANTHONY MARTINEZ, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 1:20-cv-00301-DAD-SKO<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES**<br><br>(Doc. 20) |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), plaintiffs Lisa Novak and Patrick Novak ("Plaintiffs") and defendants Madera, Kayla Clark, Dorian Lasso, Robert Mahoney, and Anthony Martinez ("Defendants") stipulate as follows:

1. Plaintiffs filed their complaint against Defendants on February 25, 2020 alleging a total of five federal and state claims as wrongful death claimants.

2. Plaintiffs seek to amend their complaint to substitute survival claims for their federal

Stipulation and Order Allowing Plaintiffs to File First Amended Complaint

-1-

wrongful death claims and to add pendant state law survival claims in their capacities as successors in interest to their deceased brother Michael Robert Novak's claims.  Plaintiffs have good cause for the amendment because, since their complaint was filed, the Ninth Circuit issued a decision that suggests siblings cannot maintain their own 42 U.S.C. § 1983 claims as wrongful death claimants.  *J.P. v. Cty of Alameda (J.P.)*, 803 Fed. App'x 106, 109 (9th Cir. 2020).  The Ninth Circuit's decision in *J.P.* appears to call into question Plaintiffs' 42 U.S.C. § 1983 claims as filed.  Plaintiffs seek to amend their complaint to proceed as their deceased brother Michael's successors in interest to bring 42 U.S.C. § 1983 survival claims for federal constitutional violations, as well as pendant state law survival claims.

   3. A copy of the proposed First Amended Complaint is attached as **Exhibit A**.  A copy of Plaintiffs' Successor in Interest Declaration pursuant to California Code of Civil Procedure § 377.32 is attached as **Exhibit B**.

   4. Good cause for the amendment exists given the legal theories on which Plaintiffs may proceed, and given that Defendants will suffer no prejudice because the named parties and factual allegations of the First Amended Complaint remain the same and the facts to be ascertained in discovery are largely the same; it is the legal theories that will be altered and supplemented by the amendment.  Moreover, to date, no formal written discovery and no depositions have yet taken place.  This amendment also is not the product of undue delay, proposed in bad faith, or futile.

   5. Filing and service on all parties of the First Amended Complaint for Damages and the Successor in Interest Declaration should be deemed complete as of the date the Court's signed order is transmitted via the CM/ECF system.  Defendants' responsive pleadings should be due thirty (30) days after the First Amended Complaint is deemed filed and served.

   It is so stipulated.

Dated: March 18, 2020                    EMANUEL LAW GROUP

                                         By:  /s/ Todd P. Emanuel
                                              Todd P. Emanuel
                                              Attorney for Plaintiffs
                                              LISA NOVAK and PATRICK NOVAK

//

Stipulation and Order Allowing Plaintiffs to File First Amended Complaint

Dated: March 18, 2020                              ALLEN, GLAESSNER, HAZELWOOD & WERTH

By:  /s/ Patrick Moriarty (authorized on 3/18/21)
   Patrick Moriarty
   Attorney for Defendants
   MADERA, KAYLA CLARK, DORIAN LASSO,
   ROBERT MAHONEY, and ANTHONY MARTINEZ

## ORDER

Although the Court approves the parties' stipulation as it relates to the filing of Plaintiffs' First Amended Complaint (Doc. 20), for purposes of docket management, the operative pleadings must be filed on the docket separately.  Thus, Plaintiffs must **file** their First Amended Complaint – the Court will not deem it filed.

IT IS HEREBY ORDERED that Plaintiffs Lisa Novak and Patrick Novak are granted leave to file their First Amended Complaint for Damages, a copy of which is attached to the stipulation as Exhibit A, and their Successors in Interest Declaration, a copy of which is attached to the stipulation as Exhibit B;

IT IS FURTHER ORDERED that, **within two (2) days from the date of this order, Plaintiffs shall file** the First Amended Complaint for Damages and the Successor in Interest Declaration; and

IT IS FURTHER ORDERED that all Defendants' responsive pleadings are due thirty (30) days after the First Amended Complaint for Damages and the Successor in Interest Declaration are filed and served.

IT IS SO ORDERED.

Dated:   **March 24, 2021**                              /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE

Stipulation and Order Allowing Plaintiffs to File First Amended Complaint