Todd P. Emanuel (SBN 169301)
Emanuel Law Group
411 Borel Avenue, Suite 425
San Mateo, California 94402
Telephone: (650) 369-8900
Facsimile: (650) 369-8999
todd@teinjurylaw.com

Michael A. Farbstein (107030)
Farbstein & Blackman, A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402
Telephone: (650) 554-6200
Facsimile: (650) 554-6240
maf@farbstein.com

Attorneys for LISA NOVAK and PATRICK NOVAK

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA NOVAK and PATRICK NOVAK, as the heirs and representatives of the decedent, Michael Robert Novak,<br><br>Plaintiffs,<br>v.<br><br>CITY OF MADERA, a municipal entity of the State of California, KAYLA CLARK, DORIAN LASSO, ROBERT MAHONEY, and ANTHONY MARTINEZ, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 1:20-cv-00301-DAD-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE NON-EXPERT DISCOVERY DEADLINE**<br><br>(Doc. 25) |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 16(b)(4), plaintiffs Lisa Novak and Patrick Novak ("Plaintiffs") and defendants Madera, Kayla Clark, Dorian Lasso, Robert Mahoney, and Anthony Martinez ("Defendants") (collectively, the "Parties") stipulate as follows:

1. Section VI of the Court's July 7, 2020 Scheduling Order (Dkt. No. 12) set a deadline of May 3, 2021 to complete all non-expert discovery, including motions to compel any non-expert discovery.

Stipulation and Order to Continue Pleading Amendment Deadline

-1-

2. The Parties have completed six (6) depositions to date. Three (3) additional depositions are necessary and have not yet occurred. In addition, a third-party witness just came to the attention of Plaintiffs' counsel on Friday, April 23, 2021, and may also need to be deposed.

3. Lead counsel for Plaintiffs began trial in person on April 20, 2021 in *Torres, et al. v. Scaffold Works, Inc.*, Santa Clara County Superior Court Case No. 17CV316321. The trial is expected to be completed on approximately June 9, 2021.

4. This stipulation and proposed order continues only the date to complete non-expert discovery, including motions to compel any non-expert discovery; it does not alter any other dates this Court set. The only continuance of any of the deadlines set forth in the Court's July 7, 2020 Scheduling Order that the Parties sought and obtained was the deadline to amend the pleadings.

5. The Parties agree that good cause exists to continue the deadline to complete non-expert discovery, including motions to compel any non-expert discovery, from May 3, 2021 to July 9, 2021. This continuance will permit them time to complete all necessary non-expert discovery after Plaintiff's counsel's trial concludes.

It is so stipulated.

Dated: April 29, 2020               EMANUEL LAW GROUP

                                    By: /s/ *Todd P. Emanuel*
                                        Todd P. Emanuel
                                        Attorney for Plaintiffs
                                        LISA NOVAK and PATRICK NOVAK


Dated: April 29, 2020               ALLEN, GLAESSNER, HAZELWOOD & WERTH

                                    By: /s/ *Patrick Moriarty* (authorized on 04/29/2021)
                                        Patrick Moriarty
                                        Attorney for Defendants
                                        MADERA, KAYLA CLARK, DORIAN LASSO,
                                        ROBERT MAHONEY, and ANTHONY
                                        MARTINEZ

Stipulation and Order to Continue Pleading Amendment Deadline

**ORDER**

Pursuant to the parties' above stipulation (Doc. 25), and for good cause shown, IT IS HEREBY ORDERED that deadline to complete non-expert discovery, including motions to compel any non-expert discovery, is continued from May 3, 2021 to July 9, 2021. All other dates set forth in the Scheduling Order (Doc. 12) shall remain unchanged.

IT IS SO ORDERED.

Dated: **May 3, 2021**　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Stipulation and Order to Continue Pleading Amendment Deadline