UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA NOVAK and PATRICK NOVAK, as the heirs and representative of the decedent, Michael Robert Novak<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MADERA, a municipal entity of the State of California, KAYLA CLARK, DORIAN LASSO, ROBERT MAHONEY, and ANTHONY MARTINEZ and DOES 1 through 10 inclusive,<br><br>Defendants. | No. 1:20-cv-00301-DAD-SKO<br><br>ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANT KAYLA CLARK<br><br>(Doc. 28) |

On September 14, 2021, the parties filed a Stipulation for Dismissal with Prejudice of Defendant Kayla Clark, pursuant to Federal Rule of Civil Procedure 41(a). (Doc. 28.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

[A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or

all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because the parties filed a stipulation of dismissal with prejudice under Rule 41(a), this case has automatically terminated as to Defendant Kayla Clark. Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of the Court is directed to TERMINATE Defendant Kayla Clark.

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining defendants.

IT IS SO ORDERED.

Dated:   **September 20, 2021**              /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE