1  DALE L. ALLEN, JR., State Bar No. 145279
   dallen@aghwlaw.com
2  PATRICK D. MORIARTY, State Bar No. 213185
   pmoriarty@aghwlaw.com
3  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
   180 Montgomery Street, Suite 1200
4  San Francisco, CA  94104
   Telephone:      (415) 697-2000
5  Facsimile:      (415) 813-2045

6  Attorneys for Defendants
   CITY OF MADERA, KAYLA CLARK, DORIAN LASSO,
7  ROBERT MAHONEY, and ANTHONY MARTINEZ

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  LISA NOVAK and PATRICK NOVAK,        Case No.  1:20-cv-00301-DAD-SKO
    as the heirs and representative of the
12  decedent, Michael Robert Novak       **STIPULATION AND ORDER TO RE-SET
                                         SETTLEMENT CONFERENCE**
13               Plaintiff,
                                         (Doc. 44)
14      v.

15  CITY OF MADERA, a municipal entity
    of the State of California, KAYLA
16  CLARK, DORIAN LASSO, ROBERT
    MAHONEY, and ANTHONY
17  MARTINEZ and DOES 1 through 10
    inclusive,
18
                 Defendants.
19

20        Counsel for Plaintiffs LISA NOVAK and PATRICK NOVAK ("Plaintiffs") by and

21  through their attorneys Todd Emanuel and Michael Farbstein, and Defendants CITY OF

22  MADERA, KAYLA CLARK, DORIAN LASSO, ROBERT MAHONEY, and ANTHONY

23  MARTINEZ ("Defendants"), by and through their attorneys, Patrick Moriarty and Dale Allen,

24  stipulate as follows:

25        1.  On March 5, 2021, the Court set a settlement conference before Magistrate Judge

26  Sheila K. Oberto scheduled for January 27, 2022 (Dkt 17).

27        2.  On October 1, 2021, Defendants filed a Motion for Summary Judgment or, in the

28  Alternative, Summary Adjudication, with a hearing date of November 2, 2021. (Dkt 30).

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

STIPULATION AND ORDER TO RE-SET
SETTLEMENT CONFERENCE
1:20-CV-00301-DAD-SKO

386146.1

3.   On October 4, 2021, the Court issued a minute order stating that the motion would be decided on the papers unless the Court determines that a hearing is necessary, at which point a hearing would be specially set. (Dkt 31).

4.   Plaintiffs filed their opposition on November 19, 2021. (Dkt 36). Defendants filed their reply on December 14, 2021. (Dkt 42).

5.   On January 5, 2022, the Court issued an order Vacating the Pretrial Conference set for March 7, 2022 pending the court's ruling on the pending motion for summary judgment. (Dkt 43.)

6.   On January 5, 2022, the parties contacted Judge Oberto's chambers inquiring about re-scheduling the Settlement Conference. Judge Oberto's clerk informed the parties that her next availability would be May 2022.

7.   The parties informed Judge Oberto's clerk and tentatively re-scheduled the settlement conference for May 24, 2022 at 10:30 a.m., pending the Court's approval.


IT IS SO STIPULATED, through counsel of record.

Respectfully submitted,

Dated:  January 7, 2022                    EMANUEL LAW GROUP


By: */s/ Todd P. Emanuel*
        TODD P. EMANUEL
        Attorney for Plaintiffs
        LISA NOVAK and PATRICK NOVAK, as
        the heirs and representatives of the decedent,
        Michael Robert Novak

Dated:  January 7, 2022                    ALLEN, GLAESSNER,
                                           HAZELWOOD & WERTH, LLP


By:    */s/ Patrick Moriarty*
        PATRICK MORIARTY
        Attorneys for Defendants
        CITY OF MADERA, KAYLA CLARK,
        DORIAN LASSO, ROBERT MAHONEY, and
        ANTHONY MARTINEZ

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

STIPULATION AND ORDER TO RE-SET
SETTLEMENT CONFERENCE
1:20-CV-00301-DAD-SKO

386146.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>ORDER</u>

Pursuant to the parties' foregoing stipulation (Doc. 44), and for good cause shown, the Settlement Conference currently set for January 27, 2022, is hereby **CONTINUED to <u>May 24, 2022 at 10:30 A.M.</u> before the Honorable Magistrate Judge Sheila K. Oberto.  <u>On or before May 1,</u> 2022**, each party must submit a new Confidential Settlement Conference Statement ("Settlement Statement") that is complete in itself, without reference to any prior Settlement Statements.

Following receipt of the parties' Settlement Statements, Magistrate Judge Oberto will hold a brief, telephonic discussion on **<u>May 17, 2022, at 4:00 P.M.</u>** (dial-in number: 1-888-557-8511; passcode: 6208204#).  Only attorneys and unrepresented parties are required to participate in the conference.

All deadlines in the Order Re: Settlement Conference (Doc. 17) are continued accordingly.

IT IS SO ORDERED.

Dated:   **<u>January 10, 2022</u>**                    */s/ Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO RE-SET
SETTLEMENT CONFERENCE
1:20-CV-00301-DAD-SKO

386146.1